**UNITED STATES of America,
Plaintiff—Appellee,**

**David M. SCATES, Party in
Interest—Appellant,**

v.

**Chad Raymon JONES, Defendant.**

No. 05–6234.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 14, 2005.

Decided: April 21, 2005.

David M. Scates, Appellant pro se.

Stephen Wiley Miller, Rodney LaMont Jefferson, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David M. Scates appeals the district court's order denying his "Motion to Correct Record" pursuant to Fed.R.Crim.P. 36. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Jones*, No. CR–98–221,

1999 WL 44074 (E.D.Va. Jan. 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*